UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TIMMINS SOFTWARE CORPORATION   :
d/b/a MITREND,
                               :

          Plaintiff,                           Civil Action
   v.                                    :                No. 19-12053-IT

EMC CORPORATION d/b/a DELL EMC,  :                **ORAL ARGUMENT REQUESTED**
DELL TECHNOLOGIES INC., and
DELL INC.,                                 :

          Defendants.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANTS' MOTION TO DISMISS
COUNTS III, IV, VI AND VII OF THE AMENDED COMPLAINT**

Pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants EMC Corporation, Dell Technologies Inc. and Dell Inc. (collectively, "Dell") hereby move this Court to dismiss Counts III, IV, VI and VII of the Amended Complaint. The grounds for this motion are set forth in Dell's memorandum of law submitted herewith.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Dell respectfully requests oral argument on its Motion.

**LOCAL RULE 7.1 CERTIFICATION**

The undersigned counsel for Dell hereby certifies that they have conferred with Plaintiff's counsel in a good faith attempt to resolve or narrow the issues raised herein but were unable to obtain the Plaintiff's assent to the relief requested.

Dated: December 13, 2019
       Boston, Massachusetts

Respectfully submitted,

/s/ Kurt Wm. Hemr
Kurt Wm. Hemr (BBO #638742)
Christopher G. Clark (BBO #663455)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
kurt.hemr@skadden.com
christopher.clark@skadden.com

P. Anthony Sammi (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
anthony.sammi@skadden.com

Counsel for Defendants
EMC Corporation, Dell Technologies Inc.,
and Dell Inc.