**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| TIMMINS SOFTWARE CORPORATION d/b/a MITREND<br><br>Plaintiff,<br><br>v.<br><br>EMC CORPORATION, DELL TECHNOLOGIES INC., and DELL INC.<br><br>Defendants. | C.A. No. 1:19-12053-IT |

## AMENDED SCHEDULING ORDER

Upon the Joint Motion To Amend Scheduling Order filed by Plaintiff Timmins Software Corporation ("TSC") and Defendants EMC Corporation, Dell Technologies Inc., and Dell Inc. ("Dell") (collectively, the "Parties"), and all other papers and proceedings herein:

IT IS HEREBY ORDERED THAT:

1. The substantial completion of document production must be by November 13, 2020;

2. Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after 60 days following the date for the substantial completion of document production, as set forth in this Amended Scheduling Order;

3. All depositions, other than expert depositions, must be completed by April 13, 2021;

4. All discovery, other than expert discovery, must be completed by April 20, 2021;

5. A status conference to discuss the substantial completion of the parties' respective document productions will be held on November 30, 2020, at 2:15 p.m. A status conference, to be held after final fact discovery deadline, will be set by the clerk;

6. Burden of proof trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by May 25, 2021;

7. Rebuttal trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by June 29, 2021;

8. All trial experts must be deposed by July 27, 2021; and

9. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by August 12, 2021. Opposition briefs are due by September 14, 2021. If leave to file is granted by the Court, reply briefs are due by September 21, 2021.

All deadlines and provisions contained in the April 23, 2020 Scheduling Order (Docket No. 51) not amended by this Order remain in full force and effect.

SO ORDERED.

Dated: 8/24, 2020

/s/ Indira Talwani
Indira Talwani
United States District Judge