UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TIMMINS SOFTWARE CORPORATION       :
d/b/a MITREND,
                                   :
         Plaintiff,                    Civil Action
    v.                             :   No. 19-12053-IT

EMC CORPORATION, DELL              :
TECHNOLOGIES INC., and DELL INC.,
                                   :
         Defendants.
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## JOINT MOTION FOR ENTRY OF A STIPULATED
## ORDER REGARDING THE USE OF TECHNOLOGY ASSISTED REVIEW

Plaintiff Timmins Software Corporation ("TSC") and Defendants EMC Corporation, Dell Technologies Inc., and Dell Inc. ("Dell") (collectively, the "Parties") hereby jointly submit this Joint Motion For Entry Of A Stipulated Order Regarding The Use Of Technology Assisted Review to assist the Parties in their ongoing review of documents to be produced in this case. As set forth in further detail below, the Parties have met and conferred and reached agreement regarding a proposed Stipulated Order to govern Technology Assisted Review ("TAR") review of documents. The Parties' proposed Stipulated Order is attached hereto as Exhibit 1.

As grounds for their joint request, the Parties state as follows:

1.   The Parties have been working diligently to conduct fact discovery and have exchanged written discovery requests and responses, worked together cooperatively to identify custodians, negotiated search terms, engaged document review vendors, and reviewed and produced documents. To date, the Parties already have produced tens of thousands of pages of documents.

2.	As the Parties were working to finalize the custodians and search terms, it became clear that the volume of documents to review and produce would be larger than anticipated.  The Parties face a universe of documents numbering in the hundreds of thousands.  Given this, the Parties believe that using TAR will expedite identifying and producing documents -- a process which the Court's Order Governing E-Discovery Procedures contemplates any Party may use.  (Docket No. 47 at 9.)

3.	The Parties have consulted with their respective technology vendors to draft an agreed upon proposed Stipulated Order.  The Parties believe that the proposed Stipulated Order will promote the efficient and cost-effective review of documents to be produced in this case.

4.	A proposed Stipulated Order Regarding the Use of Technology Assisted Review is attached hereto as Exhibit 1.

WHEREFORE, the Parties respectfully request that the Court enter the attached Proposed Stipulated Order Regarding the Use of Technology Assisted Review.

Dated: September 15, 2020
      Boston, Massachusetts

Respectfully submitted,

/s/ Benjamin M. Stern
Benjamin M. Stern (BBO #646778)
Robert Hover (BBO #685975)
VERRILL DANA LLP
One Federal Street
Boston, Massachusetts 02108
(617) 309-2600
bstern@verrill-law.com
rhover@verrill-law.com

Sara Hirshon (BBO #662202)
VERRILL DANA LLP
One Portland Square
Union Street
Portland, Maine 04112
(207) 774-4000
shirshon@verrill-law.com

Counsel for Plaintiff
Timmins Software Corporation d/b/a Mitrend

/s/ Christopher G. Clark
Kurt Wm. Hemr (BBO #638742)
Christopher G. Clark (BBO #663455)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
kurt.hemr@skadden.com
christopher.clark@skadden.com

P. Anthony Sammi (admitted *pro hac vice*)
Douglas R. Nemec (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000
anthony.sammi@skadden.com
douglas.nemec@skadden.com

Counsel for Defendants
EMC Corporation, Dell Technologies Inc., and Dell Inc.