UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------x
TIMMINS SOFTWARE CORPORATION        :
d/b/a MITREND,
                                    :
            Plaintiff,                   Civil Action
    v.                              :    No. 19-12053-IT

EMC CORPORATION, DELL               :
TECHNOLOGIES INC., and DELL INC.,
                                    :
            Defendants.
                                    :
------------------------------------x
EMC CORPORATION, DELL               :
TECHNOLOGIES INC., and DELL INC.,
                                    :
            Counterclaim-Plaintiffs,
    v.                              :

TIMMINS SOFTWARE CORPORATION        :
d/b/a MITREND,
                                    :
            Counterclaim-Defendant.
                                    :
------------------------------------x
```

## [PROPOSED] ORDER

Plaintiff Timmins Software Corporation, and Defendants EMC Corporation, Dell Technologies, and Dell Inc. (collectively the "Parties") Motion to Amend Scheduling Order to Extend Deadline for Written Discovery is ALLOWED.

IT IS HEREBY ORDERED THAT:

The Scheduling Order [ Docket No. 51] and Amended Scheduling Order [ Docket No. 56] in this matter are amended to reflect that:

1. Any future set(s) of requests for the production of documents must be served in time for responses to be received by to be received by April 20, 2021.

2. Any future set(s) of interrogatories must be served in time for responses to be received by April 20, 2021.

All deadlines and provisions contained in the August 24, 2020 Amended Scheduling Order [Docket No. 56] not amended by this Order remain in full force and effect.

SO ORDERED.

Dated: 11/25, 2020

Indira Talwani
United States District Judge