UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TIMMINS SOFTWARE CORPORATION          :
d/b/a MITREND,
                                      :
            Plaintiff,                      Civil Action
                                      :     No. 19-12053-IT
     v.
                                      :
EMC CORPORATION, DELL
TECHNOLOGIES INC., and DELL INC.,     :

            Defendants.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
EMC CORPORATION, DELL                 :
TECHNOLOGIES INC., and DELL INC.,
                                      :
            Counterclaim-Plaintiffs,
                                      :
     v.
                                      :
TIMMINS SOFTWARE CORPORATION
d/b/a MITREND,                        :

            Counterclaim-Defendant.:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**ASSENTED-TO MOTION PURSUANT TO LOCAL RULE 83.5.3
<u>FOR PERMISSION TO PRACTICE BEFORE THIS COURT</u>**

Pursuant to Local Rule 83.5.3, and upon the annexed Certifications of Andrew D. Gish (Exhibit 1 hereto), Marti A. Johnson (Exhibit 2 hereto), and Raymond Bilderbeck (Exhibit 3 hereto), I, Kurt Wm. Hemr, a member of the bar of this Court and one of the attorneys for Defendants EMC Corporation, Dell Technologies Inc. and Dell Inc., hereby move this Court to admit Andrew D. Gish, Marti A. Johnson, and Raymond Bilderbeck to practice before this Court

in the above-captioned action as counsel for Defendants EMC Corporation, Dell Technologies Inc. and Dell Inc.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel hereby certifies that counsel for defendants has conferred with counsel for plaintiff, who assents to the relief sought by this Motion.

Dated: May 12, 2021  
       Boston, Massachusetts

Respectfully submitted,

/s/ Kurt Wm. Hemr  
Kurt Wm. Hemr (BBO #638742)  
Christopher G. Clark (BBO #663455)  
SKADDEN, ARPS, SLATE,  
   MEAGHER & FLOM LLP  
500 Boylston Street  
Boston, Massachusetts 02116  
(617) 573-4800  
kurt.hemr@skadden.com  
christopher.clark@skadden.com

Anthony P. Sammi (admitted *pro hac vice*)  
Douglas R. Nemec (admitted *pro hac vice*)  
SKADDEN, ARPS, SLATE,  
   MEAGHER & FLOM LLP  
One Manhattan West  
New York, New York 10001  
(212) 735-3000  
anthony.sammi@skadden.com  
douglas.nemec@skadden.com

Counsel for Defendants  
EMC Corporation, Dell Technologies Inc. and Dell Inc.